IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:18-CR-6-D |
| ANTHONY RAY CHAMBERLAIN (17) | |

## FACTUAL RESUME

In support of Chamberlain's plea of guilty to the offense in Count 16 of the Third Superseding Indictment, Chamberlain, the defendant, Wesley Spencer, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count 16 of the Third Superseding Indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), that is, Possession with Intent to Distribute a Controlled Substance, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*  That the defendant knowingly possessed a controlled substance;

*Second.*  That the substance was in fact a mixture or substance containing a detectable amount of methamphetamine; and

*Third.*  That the defendant possessed the substance with the intent to distribute it.

---

[1] Pattern Crim. Jury Instr. 5th Cir. 2.93 (2015).

Factual Resume – Page 1

## STIPULATED FACTS

1. On or about January 24, 2018, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Anthony Ray Chamberlain,** knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

2. More specifically, on January 24, 2018, in the Dallas Division of the Northern District of Texas, Chamberlain and a co-defendant, known here as S.C., knowingly delivered and distributed approximately 57 grams of methamphetamine to another individual. This methamphetamine transaction had been brokered by another individual, known here as J.H.

[remainder of page left intentionally blank]

3.     The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count 16 of the Third Superseding Indictment.

AGREED TO AND STIPULATED on this 13th day of November, 2018.

                                              ERIN NEALY COX
                                              UNITED STATES ATTORNEY

| | |
|---|---|
| ANTHONY RAY CHAMBERLAIN | P.J. MEITL |
| Defendant | Assistant United States Attorney |
| | District of Columbia Bar No. 502391 |
| | Virginia State Bar No. 73215 |
| | 1100 Commerce Street, Third Floor |
| | Tel: 214-659-8680 |
| WESLEY SPENCER | Fax: 214-659-8812 |
| Attorney for Defendant | Email: philip.meitl@usdoj.gov |